MERTON E. LEWIS, Appellant, *v.* THE CHEMICAL FOUNDATION, INCORPORATED, et al., Respondents.

(Argued April 20, 1933; decided May 23, 1933.)

*Clarence W. McKay* and *Arthur E. Sutherland* for appellant.

*Joseph H. Choate, Jr.,* and *T. Carl Nixon* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.